IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

TIMOTHY DONNELL SATCHELL                                                        PLAINTIFF

      v.                Civil No. 07-5033

CAPTAIN HUNTER PETRAY,
Jail Administrator of the Benton
County Detention Center                                                         DEFENDANT

## O R D E R

Plaintiff's complaint was filed in this case on February 23, 2007. Before the undersigned is the issue of whether the complaint should be served. In order to assist the court in making such determination, it is necessary that plaintiff provide additional information.

Accordingly, it is ordered that plaintiff, Timothy Donnell Satchell, complete and sign the attached addendum to his complaint, and return the same to the court **by April 16, 2007. Plaintiff is advised that should he fail to return the completed and executed addendum by April 16, 2007, his complaint may be dismissed without prejudice for failure to prosecute and/or for failure to obey an order of the court.**

IT IS SO ORDERED this 14th day of March 2007.

                              /s/ *J. Marschewski*
                              HON. JAMES R. MARSCHEWSKI
                              UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

TIMOTHY DONNELL SATCHELL                                                          PLAINTIFF

      v.                            Civil No. 07-5033

CAPTAIN HUNTER PETRAY,
Jail Administrator of the Benton
County Detention Center                                                                  DEFENDANT

## ADDENDUM TO COMPLAINT

TO:  TIMOTHY DONNELL SATCHELL

      This form is sent to you so that you may assist the court in making a determination as to the issue of whether the complaint should be served upon the defendant.  Accordingly, it is required that you fill out this form and send it back to the court **by April 16, 2007.**  Failure to do so will result in the dismissal of your complaint.

      The response must be legibly handwritten or typewritten, and all questions must be answered completely in the proper space provided on this form.  If you need additional space, you may attach additional sheets of paper to this addendum.

### RESPONSE

      In your complaint, you allege that you had to refuse your medication on February 5, 2007, because the guard who was passing out the medication did not know what it was.  You state that this was your first time to take the medication and the guard could not tell you what it was for or if you could take it with your other medication.  You want the court to require qualified individuals to pass out the medication.

AO72A
(Rev. 8/82)

1. Provide the dates of your incarceration at the Benton County Detention Center (BCDC). (In answering, be specific).

Answer:

_____

_____

_____

_____

2. Are you incarcerated at the BCDC solely because of pending criminal charges?

Answer:  Yes _____ No _____.

If you answered yes, please state what charges are pending against you.

_____

_____

_____

_____

If you answered no, please state whether you are serving a sentence or if your probation, parole, or supervised release has been revoked.

_____

_____

_____

_____

3. You indicate that an unqualified person was passing out medication on February 5, 2007. Please describe the daily procedure used for passing out medication at the BCDC.

Answer:

_____

_____

_____

_____

_____

_____

4. You indicate you were on other medication at the time. Please state: (a) each prescription medication you were on; (b) what condition the medication was prescribed for; and (c) when you received the prescribed medication (for example, once a day in the morning, twice a day etc.).

Answer:

_____

_____

_____

_____

_____

_____

_____

5. Had you been prescribed new medication by the jail nurse or jail doctor on, or shortly before, February 5, 2007?

Answer: Yes _____ No _____.

If you answered yes, please state: (a) what medication you were prescribed; (b) what condition the medication was prescribed for; and (c) how many doses of the medication you were to receive.

_____

_____

_____

_____

_____

_____

_____

If you answered no, please state what medication you were receiving for the first time the morning of February 5th.

_____

_____

_____

_____

_____

AO72A
(Rev. 8/82)

_____

_____

_____

6. Was February 5, 2007, the only time you had to refuse medication because you did not know what medication was being given to you?

Answer: Yes _____ No _____.

If you answered no, please state: (a) the dates on which this occurred; (b) who was passing out the medication at the time; and (c) whether the medication being given you had been prescribed to you.

_____

_____

_____

_____

_____

_____

7. Please explain in detail how you believe your federal constitutional rights are being violated by the fact that the jailers pass out medication.

Answer:

_____

_____

AO72A
(Rev. 8/82)

_____

_____

_____

_____

_____

_____

      8. The jailers only pass out medication that has been authorized or prescribed by the jail nurse or jail doctor.

      Agree_____    Disagree_____    Without knowledge to agree or disagree_____.

      If you disagree, please explain.

_____

_____

_____

_____

      9. Please explain how you believe Captain Petray violated your federal constitutional rights.

      Answer:

_____

_____

_____

_____

-7-

_____

_____

_____

_____

I CERTIFY THAT THE INFORMATION CONTAINED HEREIN IS COVERED BY THE VERIFICATION MADE BY ME ON MY INITIAL COMPLAINT.

_____
TIMOTHY DONNELL SATCHELL

_____
DATE